ACCEPTED
03-15-00429-CV
8281058
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/17/2015 11:27:59 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00429-CV

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/17/2015 11:27:59 AM
JEFFREY D. KYLE
Clerk

Dennis Draper, Greg Hadley, and Charles Huston,

Appellants,

v.

Austin Manufacturing Services, I, Inc.,

Appellee.

On Appeal from No. D-1-GN-09-004416, in the 353rd Judicial District Court, Travis County
Honorable Orlinda Naranjo, Presiding

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF OF APPELLANTS

TO THE HONORABLE COURT OF APPEALS:

Appellants Dennis Draper, Greg Hadley, and Charles Huston (the Individual Guarantors) file this Unopposed Motion for Extension of Time to File their Reply Brief of Appellants, and in support states as follows:

1. Appellee filed its Brief on December 14, 2015. Appellants' Reply Brief is currently due on January 4, 2016. Appellants seek a thirty-day extension of the deadline, and request that the deadline be extended to February 3, 2016.

1

This is Appellants' first request for an extension of the deadline to file its Reply Brief.

2.     The extension is sought to accommodate other matters on the schedule of appellate counsel that have arisen since consent was given to extend the deadlines for filing the brief of appellee.  These include:

- 03-15-00447-CV, *Austin Collision Center v. Barbara Pampalone*, Brief of Appellee Eric Hinojosa due December 18, 2015;

- 15-0791, *City of Austin v. Canarao's*, Response to Petition for Review due on December 21, 2015;

- 08-15-00219-CV, *Target Strike v. Strasburger & Price*, Brief of Appellee due on January 12, 2016

- 15-0925, *Town Center Mall v. Dyer*, Petition for Review due on January 15, 2016

- 05-14-01338, *Premier Pool Management Corp v. Premier Pools, Inc.*, Reply Brief due January 15, 2016.

3.     Counsel for Appellee does not oppose this motion .

4.     This motion is not sought for delay but so that justice may be done.

### PRAYER FOR RELIEF

Appellants thus respectfully request that this Court grant the extension until February 3, 2016.

Respectfully submitted,

*/s/ Michael S. Truesdale*
Michael S. Truesdale

LAW OFFICE OF MICHAEL S. TRUESDALE, PLLC
State Bar No. 00791825
801 West Avenue, Suite 201
Austin, TX 78701
512-482-8671
866-847-8719 (fax)
mike@truesdalelaw.com
Counsel for Dennis Draper, Greg Hadley and Charles Huston

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Christopher Kratovil (appellate counsel for Appellee Austin Manufacturing Services I, Inc.) (CKratovil@dykema.com ) and was informed that he does not oppose the relief requested herein.

*/s/ Michael S. Truesdale*
Michael S. Truesdale

## CERTIFICATE OF SERVICE

On December 17, 2015, the undersigned certifies that he served a copy of this Motion for Extension of Time on the following via e-service, in compliance with Texas Rules of Appellate Procedure 9.5 and 25.1(e):

Brian A. Colao
bcolao@dykema.com
Christopher Kratovil
ckratovil@dykema.com
Dykema Gossett PLLC
1717 Main Street, Suite 4000
Dallas, Texas 75201

Counsel for Appellee Austin
Manufacturing Services

Shane M. Boasberg
shaneb@law-smb.com
The Law Offices of Shane M.
Boasberg, P.C.
2901 Bee Caves Road,
Commissioner's House, Box E
Austin, Texas 78746

Counsel for Assistant Pro, Inc., TQI
Corporation, and Darryl Cornish

*/s/ Michael S. Truesdale*
Michael S. Truesdale
SBN 00791825